In the Matter of the Claim of MARIE BRANCIFORTE, Respondent, against H. KOHNSTAMM & COMPANY et al., Appellants. WORK-MEN'S COMPENSATION BOARD, Respondent.

Submitted September 29, 1947; decided October 2, 1947.

*Anthony P. Halter* for motion.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum and Daniel Polansky* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.